**Oscar D. HEFFNER, Appellant,**

v.

**CITY OF ST. LOUIS; St. Louis City Department of Public Safety, Division of the Building Inspection, City of St. Louis, MO; Newton McCoy, Judge; St. Louis City Assessor's Office, Appellees.**

No. 02–4072.

United States Court of Appeals, Eighth Circuit.

Submitted May 7, 2003.

Decided May 14, 2003.

Before BOWMAN, WOLLMAN, and HANSEN, Circuit Judges.

PER CURIAM.

Oscar D. Heffner appeals from the district court's[1] dismissal of his civil complaint. Having carefully reviewed the record de novo and having considered the parties' briefs, we conclude that the district court properly dismissed Heffner's complaint and that an extended opinion is not warranted in this case.

The judgment is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.